# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Arthur McNeal, III | **FIRST STEP ACT OF 2018**<br>Case No: 3:98-cr-00771<br>USM No: 42467-060 |
| Date of Original Judgment: 10/26/2000<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Vanessa Malone<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 360 months **is reduced to** 262 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Defendant's sentence is reduced to a 262 Month term of custody on Counts 1 and 2 to run concurrently with credit for time served.

Defendant's term of supervised release is reduced from the previously imposed sentence of 8 years on Counts 1 and 2 to run concurrently to a term of 6 years as to Counts 1 and 2 to run concurrently. All previously imposed conditions of supervision remain in place.

Except as otherwise provided, all provisions of the judgment dated 10/26/2000 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/25/2019                     /s/ James G. Carr
                                                            *Judge's signature*

Effective Date: 04/25/2019                 James G. Carr, Sr. U.S. District Judge
*(if different from order date)*              *Printed name and title*